# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **Larry Kopchak,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 3:14-cv-00737-TLW |
| | ) |
| **Citibank, N.A.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Larry Kopchak, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, voluntarily dismisses this action against Defendant Citibank, N.A. with prejudice. Said dismissal is proper pursuant to the Federal Rules of Civil Procedure as Defendant has not filed an Answer or a Motion for Summary Judgment and the parties have resolved their claims.

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
Attorney for Plaintiff

**OF COUNSEL:**
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participants:

Andrew Moritz
Assistant General Counsel - Consumer Litigation
Citibank, N.A.
1400 Citi Cards Way, C1G-1B235
Jacksonville, FL 32258

                                            /s/ Penny Hays Cauley
                                            Penny Hays Cauley